

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00242-CR

| | | |
|---|---|---|
| CHESTER LEE FINNEY, JR., Appellant | § | On Appeal from the 271st District Court |
| | § | of Wise County (CR18821) |
| | § | October 4, 2018 |
| V. | § | Opinion by Justice Birdwell |
| | § | |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Wade Birdwell_____
  Justice Wade Birdwell